<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6967**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MARLON BRAMWELL,

Defendant - Appellant.

---

**No. 98-6226**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MARLON BRAMWELL, a/k/a May Day,

Defendant - Appellant.

---

**No. 98-6227**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MARLON BRAMWELL, a/k/a May Day,

Defendant - Appellant.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge; Albert V. Bryan, Jr., Senior District Judge. (CR-91-429-A, CA-97-677-AM)

---

Submitted: October 8, 1998          Decided: October 21, 1998

---

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

---

Nos. 97-6967 and 98-6227 affirmed and No. 98-6226 dismissed by unpublished per curiam opinion.

---

Marlon Bramwell, Appellant Pro Se. Robert Clifford Chesnut, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Marlon Bramwell seeks to appeal the district court's orders denying his motion to modify a discovery order in No. 97-6967; denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998), in No. 98-6226; and denying his motion for a certificate of appealability in No. 98-6227. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm in appeals No. 97-6967 and No. 98-6227, and deny a certificate of appealability and dismiss the appeal in No. 98-6226 on the reasoning of the district court. United States v. Bramwell, Nos. CR-91-429; CA-97-677-AM (E.D. Va. Apr. 2, 1996, July 21 & Sept. 2, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

Nos. 97-6967 and 98-6227 - AFFIRMED

No. 98-6226 - DISMISSED

3